**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7036**

———————

PIERRE A. RENOIR,

                              Plaintiff - Appellant,

        versus

JIM GILMORE, Governor; RON ANGELONE; UNKNOWN
DIRECTOR OF HEALTH SERVICES; UNKNOWN REGIONAL
DIRECTOR; GEORGE DEEDS, Warden; UNKNOWN PRISON
OMBUDSMAN, RED ONION STATE PRISON; UNKNOWN DI-
RECTOR OF RED ONION; UNKNOWN DOCTOR, Red Onion
State Prison,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-99-480-7)

———————

Submitted:  October 21, 1999        Decided:  October 27, 1999

———————

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge

———————

Dismissed by unpublished per curiam opinion.

———————

Pierre A. Renoir, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pierre A. Renoir appeals a district court's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED